UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

STARBUCKS CORPORATION,

        Defendant.

Case No. 18-cv-05170-SK

**ORDER TO SHOW CAUSE**

On October 23, 2020, Defendant Starbucks Corporation filed a motion for judgment on the pleadings and noticed it to be heard on November 30, 2020. (Dkt. No. 41.) Plaintiff failed to appear for the hearing. Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $500 should not be imposed on counsel and why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall respond in writing by no later than December 9, 2020 as to why such sanctions should not be imposed.

**IT IS SO ORDERED**.

Dated: December 1, 2020



SALLIE KIM
United States Magistrate Judge